# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:06-cr-464-MSS-TGW | **DATE:** | May 26, 2026 |
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAURICE LASHANE HAMILTON | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Michael Buchanan for Joseph Ruddy, AUSA | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire, AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 2:57 PM - 3:14 PM | **TOTAL:** 17 mins | **PROBATION:** | Levar Hamilton |
| | | **COURTROOM:** | 11B |

**PROCEEDINGS:** Initial Appearance on Violation of Supervised Release, Detention Hearing

Defendant provided with copy of Petition for Violation of Conditions of Supervised Release.

Court advises of Defendant's Rule 5 rights and charges.

Financial affidavit submitted.

Oral motion for counsel. Motion granted and the Court appoints the Public Defender's Office.

Preliminary hearing waived.

**Bond/Detention:**

Government: Seeking detention. Proffer of counsel.

Defendant: Seeking release. Proffer of counsel.

Court: The Defendant is ordered detained for the reasons stated on the record.

Court adjourned.