UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                                    NO. 8:06-CR-464-MSS-TGW

MAURICE LASHANE HAMILTON
_____/

**ORDER OF DETENTION PENDING FINAL REVOCATION HEARING**

The United States Probation Office alleged that the defendant, Maurice Lashane Hamilton ("Defendant"), violated the conditions of his supervised release. Following an initial appearance, the Court conducted a detention hearing in accordance with 18 U.S.C. § 3143(a)(1) and Fed. R. Crim. P. 32.1(a)(6). I found that Defendant failed to establish by clear and convincing evidence that he does not pose a danger to the safety of any other person or the community.

The Court accordingly **remands** Defendant to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. 18 U.S.C. § 3142(i)(2). The Attorney General must provide him with reasonable opportunity for private consultation with counsel. 18 U.S.C. § 3142(i)(3). On order of a federal court or request of an attorney for the United States, the person in charge of the corrections facility in which Defendant is confined must deliver him to a United States Marshal for an appearance for a court proceeding. 18 U.S.C. 3142(i)(4).

**ORDERED** in Tampa, Florida, on May 26, 2026

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE