UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                   No 8:06-CR-464-MSS-TGW

MAURICE LASHANE HAMILTON

_____/

### REPORT OF PRELIMINARY REVOCATION HEARING

The United States Probation Office alleged that the defendant, Maurice LaShane Hamilton, violated the conditions of his supervised release.  Defendant appeared before the Court for a preliminary revocation hearing on May 26, 2026. Defendant waived a preliminary hearing.

Accordingly, the Clerk of Court is directed to schedule a final revocation hearing before the presiding United States District Judge.

Reported in Tampa, Florida, on May 26, 2026.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE