AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

## for the

Middle    District of    Florida

MAY 26 2026 PM3:56
FILED - USDC - FLMD - TPA

United States of America
v.

Maurice Lashane Hamilton
*Defendant*

)
)
)
)
)
)
)

Case No.    8:06-cr-464-MSS-TGW

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Maurice Lashane Hamilton    ,
who is accused of an offense or violation based on the following document filed with the court:

RECEIVED U.S. MARSHALS
2026 MAR 15 PM 12:41

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date:  03/12/2026

City and state:    Tampa, FL

*Awaddll.* ANGEL WADDELL
*Issuing officer's signature*

Elizabeth Warren Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  5-26-26  , and the person was arrested on *(date)*  4/1/2025  at *(city and state)*  TAMPA, FL  . |

Date:  5-26-26

_____
*Arresting officer's signature*

Michael Guzzalez  Dusey
*Printed name and title*