**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                               **Case No.: 8:06-CR-464-MSS-TGW**

**MAURICE LASHANE HAMILTON**

_____ /

## MOTION TO WITHDRAW AS COUNSEL

The Defendant, MAURICE LASHANE HAMILTON by and through the undersigned attorney, hereby files a motion for his attorney to withdraw as counsel of record in this cause and states the following:

1.      The Office of the Federal Defender was appointed to represent the Defendant on May 26, 2026, at the Defendant's Initial Appearance.

2.      On June 1, 2026, counsel entered her notice of appearance on behalf of Mr. Hamilton. (Doc. 1014)

3.      On June 1, 2026, undersigned counsel learned for the first time that the Federal Defender's Office currently represents an individual whose interests are directly adverse to Mr. Hamilton.

4.      Based on these circumstances, a conflict of interest exists in the continued representation of Mr. Hamilton by the Office of the Federal Defender and counsel, requiring the immediate withdrawal as counsel of record.

WHEREFORE, undersigned counsel moves for an order permitting him and the Office of the Federal Defender to withdraw as counsel of record and to appoint new counsel to represent Mr. Maurice Hamilton.

Dated this 1st day of June 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL DEFENDER

*/s Ashley Allen*
Ashley Allen, Esq.
Assistant Federal Defender
FL Bar#:125638
400 North Tampa Street
Suite 2700
Tampa, FL. 33602
Tel.:   (813) 228-2715
Fax:   (813) 228-2562
Email: Ashley_Allen@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Joseph Ruddy, AUSA

/s Ashley Allen
Ashley Allen, Esq.
Assistant Federal Defender